UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON ARRIAGA,** an individual;<br><br>Plaintiff,<br><br>v.<br><br>**ABC PHONES OF NORTH CAROLINA, INC.** a Corporation; and **DOES 1 through 50**, inclusive,<br><br>Defendants. | Case No 1:20−CV−00375−AWI−EPG<br><br>**ORDER TO PARTIES' JOINT STIPULATION FOR ARBITRATION AND STAY ACTION;**<br><br>**CTRM**: #10 (6th Floor)<br><br>ERICA P. GROSJEAN<br><br>U.S. MAGISTRATE JUDGE<br><br>State Court Case No. BCV-20-100065-DRL<br><br>State Action Filed: January 9, 2020<br>State Action Served: March 7, 2019 |

//
//
//
//
//
//
//
//

1

# **ORDER**

Based on the Stipulation between all Parties to the present action, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1. Plaintiff RAMON ARRIAGA shall arbitrate his claims against Defendant ABC PHONES OF NORTH CAROLINA, INC.
2. This action is hereby stayed until such arbitration is completed.
3. This Court shall retain jurisdiction over this case pending the conclusion of arbitration.
4. No later than fourteen days after a final award is granted or settlement is reached, Plaintiff shall file a report advising this Court of the outcome of the arbitration proceedings or any settlement.

IT IS SO ORDERED.

Dated:   **April 23, 2020**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE