# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARRIAGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABC PHONES OF NORTH CAROLINA, INC.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00375-AWI-EPG (PC)<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 5) |

　　　Plaintiff Ramon Arriaga and Defendant ABC Phones of North Carolina, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 5). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated: __**April 26, 2021**__　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28